IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No. 97-CR-00004-WDM

UNITED STATES OF AMERICA,
 Plaintiff,
v.

OSCAR HARRAS,
 Defendant.

---

ORDER EXONERATING BOND

---

  This court has granted a government motion to voluntarily dismiss the charges against the defendant. As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

  **ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released. It is further

  **ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

  DATED at Denver, Colorado, this 7th day of September, 2010.

        BY THE COURT:

        By:_____
        UNITED STATES DISTRICT JUDGE
        DISTRICT OF COLORADO